# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 87 |
| | : | |
| APPOINTMENT TO THE | : | CLIENT SECURITY APPOINTMENT |
| PENNSYLVANIA LAWYERS FUND FOR | : | DOCKET |
| CLIENT SECURITY BOARD OF | : | |
| TRUSTEES | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of May, 2024, Dr. Patrick J. Carey, Lycoming County, is hereby appointed as a member of the Pennsylvania Lawyers Fund for Client Security Board of Trustees for a term expiring April 1, 2025.